No. 92–884. MOORE *v.* GWINNETT COUNTY ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–885. ROBERTS, INDIVIDUALLY AND AS SHERIFF OF CAMBRIA COUNTY, ET AL. *v.* MUTSKO ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–886. AZUL PACIFICO, INC. *v.* CITY OF LOS ANGELES, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 92–887. BERGER ET AL. *v.* CUYAHOGA COUNTY BAR ASSN. Sup. Ct. Ohio. Certiorari denied.

No. 92–890. GUINN *v.* TEXAS CHRISTIAN UNIVERSITY ET AL. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 92–894. TINSLEY *v.* KUHLMANN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 92–898. JATOI ET UX. *v.* AETNA INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–899. CITY AND COUNTY OF SAN FRANCISCO ET AL. *v.* STONE ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–904. MCCOY ET AL. *v.* SEAWARD MARINE SERVICES, INC. C. A. 4th Cir. Certiorari denied.

No. 92–905. MAYFLOWER INTERNATIONAL CO., DBA HONSEW, INC., ET AL. *v.* PAUAHI ASSOCIATES. Sup. Ct. Haw. Certiorari denied.

No. 92–923. GALLAGHER ET AL. *v.* INDIANA STATE ELECTION BOARD ET AL. Sup. Ct. Ind. Certiorari denied.

No. 92–930. QUIGLEY *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 92–953. COLEMAN *v.* NATIONWIDE LIFE INSURANCE CO. C. A. 4th Cir. Certiorari denied.